# EXHIBIT A



Firmenich

# INGREDIENT BREAKDOWN

## PRODUCT:  C28104 2-FOLD VANILLA EXTRACT

| COMPONENT | AMOUNT RANGE IN PERCENT |
|---|---|
| Water | 25-50% |
| Ethyl Alcohol | 25-50% |
| Invert Sugar | 25-50% |
| Vanilla Bean Extractives | 1-10% |

**INGREDIENT STATEMENT:**  Water, Ethyl Alcohol, Invert Sugar and Vanilla Bean Extractives.
Firmenich, Inc.

Kathy Smith
Product Safety & Regulatory Affairs
Phone: 314-436-3133 x2161
Email: kathy.smith@firmenich.com

DATE: 4/30/2009

Firmenich Incorporated
P.O. Box 5880 | Princeton | New Jersey 08536 | UNITED STATES
Tel + 1 609 452 10 00 | Fax +1 609 275 72 38 | www.firmenich.com

FIRMENICH FLAVOURS
flavours@firmenich.com
www.firmenich
Page **1** of **2**



## PRODUCT DESCRIPTION  PD PD C28104-1.1EN
## 2-Fold Vanilla Extract

### Description

| | |
|---|---|
| Product form: | Liquid |
| Profile: | Vanilla Flavor/Aroma |

### Application areas

· Beverages
· Dairy products
· Confectionery

### Composition

*(According to Title 21, Code of Federal Regulations (CFR))*

**Flavouring part:**
 Vanilla Bean Extractives

**Non-flavor ingredients:**
· Water
· Ethyl Alcohol
· Invert Sugar

### Properties

| | |
|---|---|
| Colour * : | Brown |
| Alcohol content : | 38.5 ± 1.5%v/v |
| Weight/gallon : | 8.84±0.2 pounds |
| Solubility: | Water soluble |
| Flash Point (Closed cup) : | >61°C |
| Flash Point (Closed cup) : | >141°F |

(The values are considered to be typical data)
*) Minor color variations may occur from one batch to another.
Furthermore, the color may change during storage.

### Physical/chemical specifications

(methods of analysis available on request)

| | |
|---|---|
| Specific gravity (25°/25°C) | 1.061 ± 0.024 |
| Refractive index (25°C) | 1.394 ±0.004 |

### Nutritional data

Approximate values for nutrition labelling per 100 g.

| | |
|---|---|
| Energy value | 1429.06 Kj |
| Enery value | 342.08 Kcal |
| Protein | 0 g |
| Carbohydrate | 29.25 g |
| - of which sugars | 29.25 g |
| Fat | 0 g |
| - of which trans fatty acids | 0 g |
| Sodium | 0.36 mg |

### Storage

| | |
|---|---|
| Recommended storage temperature: | 60-90°F/16-32°C |
| Shelf life from date of production in unopened packaging: | 12 Months |

Keep away from sunlight.

### Packaging

Polyethylene containers.

Case 1:19-cv-00768-BMC  Document 28-4  Filed 12/23/19  Page 4 of 5 PageID #: 112

FIRMENICH FLAVOURS
flavours@firmenich.com
www.firmenich
Page 2 of 2

# Firmenich

## Purity and legal status

All flavor ingredients contained in this product are approved for use in a regulation of the FDA, or are listed as being generally recognized as safe on the FEMA list.

Local food regulations should always be consulted concerning the use of this product.

## Safety and handling

A Material Safety Data Sheet (MSDS) is available.

## Country of origin

United States of America.

## Kosher status

Kosher Certified

## Halal status

Halal Suitable: no

## GMO status

According to regulations (EC) Nos 1829/2003 and 1830/2003: The ingredients used in this product do not contain or consist of GMO's, and are not produced from GMO's. The documentation used has been provided by our suppliers.

## Additional information

During storage, natural vanilla extract may precipitate some of the less soluble vanilla extractives. This occurs in many natural extracts and has no effect on the flavor quality of the vanilla.

## Allergens

Below table indicates the presence (as added component) of the following allergens and products thereof:

| Yes | No | Allergens | Description of the components |
|---|---|---|---|
| | X | Cereals containing gluten | |
| | X | Crustaceans | |
| | X | Egg | |
| | X | Fish | |
| | X | Peanuts | |
| | X | Soybeans | |
| | X | Milk (including lactose) | |
| | X | Nuts | |
| | X | Celery | |
| | X | Mustard | |
| | X | Sesame seeds | |
| | X | Sulphur dioxide and sulphites (>10mg/kg) | |
| | X | Lupin | |
| | X | Molluscs | |

## Disclaimer

**Transferred to Firmenich on 1 July 2007**
The information and recommendations contained herein are to the best of our knowledge reliable. However nothing herein is to be construed as a warranty. Users should make their own tests to determine the applicability of such information and its suitability for their own particular purpose. For the commercial use of this product including the labelling and description of any food into which it is incorporated, it shall remain the responsibility of the manufacturer of the food to identify and comply with all relevant legal requirements (including generally accepted practices, guidelines and standards) as based on the data supplied herein or any supplementary information provided on request.



Dear Valued Customer,


This is in response to your question on the Firmenich product(s):

**050001 C28104 - VANILLA EXTRACT 2X**

 Please, see requested information below:
Vanilla Bean Extractives are included in the above mentioned product.

Do not hesitate to contact us should you require more information.




19 May 2019
Ref.: PSRA /




This is an electronically generated document, which is valid without
signature.

**Firmenich S.A.**
Plaza Europa, 41 I Torre Realia I 08908 L'Hospitalet de Llobregat I Barcelona I Spain
Tel +34 93 490 58 08 I Fax +34 93 490 24 96 I www.firmenich.com