# EXHIBIT B

# Givaudan



## Product Information Material Disclosure

May 20, 2019

**Nat Vanilla Flavor WONF #KM-668-925-6 (34102564)**

In response to your inquiry regarding the above-referenced flavor we have determined the following:

The flavor contains added vanilla extract.

---

This is a standard document and consequently not signed.
The information provided in this document is valid for the period of time in which the customer is purchasing commercial quantities of this product, unless superseded by subsequent disclosures made by Givaudan.

---

Product Safety & Regulatory Assurance
Givaudan Flavors Corp.
1199 Edison Drive,
Cincinnati, OH 45216-2265 USA

T +15139483587    F +15139485435
na.document_service@givaudan.com