# EXHIBIT A



LOW SODIUM
CAFFEINE FREE

# Nutrition Facts

About 6 servings per container

Serving size 12 fl oz (355mL)

**Amount per serving**

## Calories 170

| | % Daily Value |
|---|---|
| **Total Fat** 0g | 0% |
| **Sodium** 80mg | 4% |
| **Total Carbohydrate** 47g | 17% |
| Total Sugars 46g | |
| Includes 46g Added Sugars | 92% |
| **Protein** 0g | |

Not a significant source of saturated fat, trans fat, cholesterol, dietary fiber, vitamin D, calcium, iron, and potassium.

CARBONATED WATER, HIGH FRUCTOSE CORN SYRUP, CARAMEL COLOR, SODIUM BENZOATE (PRESERVATIVE), NATURAL AND ARTIFICIAL FLAVORS, QUILLAIA EXTRACT.

PRODUCED UNDER THE AUTHORITY OF DR PEPPER/SEVEN UP, INC., 5301 LEGACY DRIVE, PLANO, TX 75024. TM & © 2018 DR PEPPER/SEVEN UP, INC.



AW-0107 RBHC.00518G

0 78000 05246 6

1-866-297-6682
**rootbeer.com**
PLEASE RECYCLE

**ROOT BEER**
...turally and ...ly flavored

LET'S PLAY™
letsplay.com

SINCE 1919

A&W

ROOT BEER

ROOT
BEER
naturally and
artificially flavored

170
CALORIES
PER 12 FL OZ
SERVING

LET'S
PLAY™
letsplay.com

2 LITERS (2.1 QT)





CAFFEINE FREE
LOW SODIUM

# Nutrition Facts

Serving Size: 12 fl oz (355 mL)
Servings Per Container: About 6

**Amount Per Serving**

**Calories** 170

% Daily Value*

| | |
|---|---|
| Total Fat 0g | 0% |
| Sodium 70mg | 3% |
| Total Carbohydrate 46g | 15% |
| Sugars 46g | |
| Protein 0g | |

Not a significant source of calories from fat, saturated fat, trans fat, cholesterol, dietary fiber, vitamin A, vitamin C, calcium and iron.
*Percent Daily Values are based on a 2,000 calorie diet.

CARBONATED WATER, HIGH FRUCTOSE CORN SYRUP, SODIUM BENZOATE (PRESERVATIVE), CARAMEL COLOR, CITRIC ACID, YUCCA EXTRACT, NATURAL AND ARTIFICIAL FLAVORS.
PRODUCED UNDER THE AUTHORITY OF DR PEPPER/SEVEN UP, INC., 5301 LEGACY DRIVE, PLANO, TX 75024.
™ & © DR PEPPER/SEVEN UP, INC.

AW-0105 CRHG.00117G

0 78000 05446

1-866-297-6682
rootbeer.com

PLEASE RECYCLE