# **EXHIBIT B**





# ROOT BEER
## SINCE 1919

Naturally and Artificially Flavored

MADE WITH AGED VANILLA

NO CAFFEINE

12-12 FL OZ CANS (144 FL OZ)
12-355 mL CANS (4.3 L)

170 CALORIES PER CAN



LET'S PLAY™
letsplay.com

