# **EXHIBIT C**



www.alliancetechgroup.com  
9 Deer Park Drive ~ Suite B  
Monmouth Jct., NJ 08852  
info@alliancetechgroup.com

Figure 1: Chromatogram and Peak Table for Sample 20190173-01 (A&W Root Beer 7.5 FL OZ Can)



CONFIDENTIAL - R20190173 VANILLIN ASSAY IN ROOT BEER CREAM SODA GCMS.DOCX- THE ANALYTICAL DATA IN THIS REPORT ARE TO BE USED FOR EXPLORATORY AND DEVELOPMENT STUDIES ONLY AND ARE NOT INTENDED FOR PRODUCT RELEASE



www.alliancetechgroup.com  
9 Deer Park Drive ~ Suite B  
Monmouth Jct., NJ 08852  
info@alliancetechgroup.com

Figure 1, Cont'd: Chromatogram and Peak Table for Sample 20190173-01 (A&W Root Beer 7.5 FL OZ Can)

| Peak# | R.Time | Area | Area% | Height | Height% | Base m/z | Name |
|---|---|---|---|---|---|---|---|
| 15 | 19.845 | 640212 | 0.71 | 328810 | 1.15 | 137.00 | Ethyl Vanillin |
| 16 | 22.276 | 600626 | 0.66 | 316055 | 1.10 | 157.00 | Ethyl citrate |
|  |  | 90809486 | 100.00 | 28682444 | 100.00 |  |  |

C:\GCMSsolution\Data\2019\20190173A_007.qgd

2 / 19

CONFIDENTIAL - R20190173 VANILLIN ASSAY IN ROOT BEER CREAM SODA GCMS.DOCX- THE ANALYTICAL DATA IN THIS REPORT ARE TO BE USED FOR EXPLORATORY AND DEVELOPMENT STUDIES ONLY AND ARE NOT INTENDED FOR PRODUCT RELEASE



www.alliancetechgroup.com
9 Deer Park Drive ~ Suite B
Monmouth Jct., NJ 08852
info@alliancetechgroup.com

Figure 2: Chromatogram and Peak Table for Sample 20190173-02 (A&W Cream Soda 2 Liter Bottle )



© Alliance Technologies, LLC – 2019 Reproduction of this report in its entirety is permitted.  No portions of this report may be reproduced, transmitted or removed without the written permission of Alliance Technologies.  All Rights Reserved.
CONFIDENTIAL - R20190173 VANILLIN ASSAY IN ROOT BEER CREAM SODA GCMS.DOCX- THE ANALYTICAL DATA IN THIS REPORT ARE TO BE USED FOR EXPLORATORY AND DEVELOPMENT STUDIES ONLY AND ARE NOT INTENDED FOR PRODUCT RELEASE