# EXHIBIT D

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Case No.:  1:19-cv-00768-BMC

LASHAWN SHARPE, individually and  :
on behalf of all others similarly        Deposition of:
situated,                         :

                    Plaintiff, :  DAPHNA HAVKIN-FRENKEL,
                                        PH.D.

        -against-                 :

A & W CONCENTRATE COMPANY and     :
KEURIG DR PEPPER INC.,

                                  ORIGINAL

                    Defendants.:
--------------------------------X


        **T R A N S C R I P T**  of the stenographic

notes of the proceedings in the above-entitled matter,

as taken by and before TRACY COOK, a Certified Court

Reporter, License No. 30XI00223200; Registered

Professional Reporter; and Notary Public of the State

of New Jersey, held at the offices of HOAGLAND, LONGO,

MORAN, DUNST & DOUKAS, LLP, 40 Paterson Street, New

Brunswick New Jersey, on Friday, November 15, 2019,

commencing at 12:50 p.m.

LASHAWN SHARPE -against- A & W CONCENTRATE and KEURIG DR PEPPER INC.
HAVKIN-FRENKEL, PH.D., DAPHNA on 11/15/2019

Page 21

1    other plants, natural sources?  That could be in root

2    beer or cream soda, right?

3        A.  That's correct.  That's correct.  But we can't

4    tell the difference with all this equipment if it's

5    coming from where it's coming from.  We could only tell

6    it's vanilla.

7        Q.  So in all of the testing, is it possible to know

8    whether the vanillin in the root beer is from a vanilla

9    bean or some other natural source?

10       A.  No.  You can do it but it is very, very expensive

11   and you need a whole lot to extract.  If you give me the

12   flavor, I send it to special lab.  I can tell you but I

13   don't have the flavor.  I have the root beer.

14       Q.  Okay.  So to answer the question whether there is

15   vanilla derived from a vanilla bean in A&W root beer and

16   A&W cream soda, you would have to send it to a

17   laboratory to conduct a very expensive and complicated

18   test?

19       A.  For the vanilla, yes.

20       Q.  For the vanilla as opposed to?

21       A.  Yeah.  It is possible.

22       Q.  And that wasn't done here, was it?

23       A.  No.

24       Q.  So it's impossible to say based on the tests that

25   were done either by Dr. Hartman by Allied Technologies

LASHAWN SHARPE -against- A & W CONCENTRATE and KEURIG DR PEPPER INC.
HAVKIN-FRENKEL, PH.D., DAPHNA on 11/15/2019

Page 22

1    that there's no vanilla in either of those products

2    derived from a vanilla bean?

3        A.  No.  You're wrong because we have other tests we

4    did that we -- vanilla extract has certain chemical in

5    it.  None of those are in this extract.  Only the

6    vanilla.  So that's all telling me what the rest I can

7    analyze vanilla extract based on many things.  But one

8    simple way is to look for the other ingredient and

9    coming with vanilla extract, they are not there.  None

10   of them.  So that can tell me more likely there is

11   vanilla there but I don't want to say for sure there's

12   no drop of vanilla.  I don't want to say that because

13   there's still chance that there's very little vanilla

14   and plus vanilla from another source.

15       Q.  Right.  Okay.  So the correct statement would be

16   based on the testing available and conducted in this

17   case, you think it's most likely that there is no

18   vanilla in these products derived from a vanilla bean

19   but you can't be sure of that?

20       A.  Correct.

21       Q.  Okay.  You mentioned too that it would be easier

22   to test the actual flavors themselves rather than the

23   entire product, right?

24       A.  Correct.

25       Q.  Okay.

LASHAWN SHARPE -against- A & W CONCENTRATE and KEURIG DR PEPPER INC.
HAVKIN-FRENKEL, PH.D., DAPHNA on 11/15/2019

Page 23

1     A.  Because it's concentrated 100 times more.

2     Q.  Okay.

3     A.  But I was never provided with the flavor.

4     Q.  Did you ask not for the flavor?

5     A.  Did I ask for the flavor?

6          MR. REESE:  Do you want to give us the

7     flavor?

8     A.  Do you want to give us the flavors?

9     Q.  My question is, did you ask?

10    A.  I think we talked about it.

11    Q.  With whom?

12    A.  With Spencer.

13    Q.  Mr. Sheehan, alright.  And did you tell him that

14    to answer the question of whether the vanilla and or the

15    vanillin rather in A&W root beer or A&W cream soda was

16    derived in whole or in part from vanilla beans that it

17    would be useful to test the flavors itself?

18    A.  I did.  But I don't remember what he told me I

19    did because it's easier instead of extracting it.

20    Q.  Right.  Now, you saw Mr. Krueger's result testing

21    of the flavors, correct?

22    A.  I did.

23    Q.  Did that indicate to you that there was vanilla

24    derived from vanilla beans in both the root beer and the

25    cream soda products?

*Varhley Vittor & Associates, LLC*
*732-246-4334*

LASHAWN SHARPE -against- A & W CONCENTRATE and KEURIG DR PEPPER INC.
HAVKIN-FRENKEL, PH.D., DAPHNA on 11/15/2019

Page 27

1   to hydroxybenzamide.  That makes no sense to me.  So

2   it's a flavor that someone make, you know, people make

3   flavors and they put all those four to make it look like

4   vanilla extract too.

5      Q.  So let me ask you this, given the numbers that

6   are in here in table one, can you tell one way or the

7   other whether this flavor which has been labeled as

8   vanilla extract 2X, is or is not derived from vanilla

9   beans?

10     A.  I don't know if it's derived from vanilla beans.

11  I don't know.  It's vanillin.  It's vanillin for this

12  message you use.

13     Q.  Okay.  How about in table two?  You will see it's

14  HPLC analysis of cream soda ingredient; do you see that?

15     A.  Yes.  Tons of vanilla.

16     Q.  Right.

17     A.  Definitely.  Not from vanilla.

18     Q.  Alright.  But my question is, you will see that

19  this flavor is -- excuse me, labeled as vanilla flavor

20  WONF or WONF; is that correct?

21     A.  Yes.

22     Q.  And WONF to my knowledge, that stands for with

23  other natural flavors, yes?

24     A.  Yes.  Which is illegal term in vanillin.

25     Q.  Illegal to do what?

LASHAWN SHARPE -against- A & W CONCENTRATE and KEURIG DR PEPPER INC.
HAVKIN-FRENKEL, PH.D., DAPHNA on 11/15/2019

Page 28

1    A.  It's illegal to have vanilla WONF and put vanilla

2    in it.  If you put vanilla in it, it's all artificial.

3    You can't call it vanilla anymore.  You have to call it

4    artificial vanilla.  That's straight standard of

5    identity.  That doesn't mean that people don't do that.

6    Q.  The standard of identity is good, but my question

7    here is when one says WONF for with other natural

8    flavors that is indicating that the vanilla in the

9    vanilla flavor is a natural flavor, correct?

10   A.  That's a very grey area.  Not everyone agree with

11   everyone but, basically, it is saying that you have a

12   drop in the bucket of vanilla extract and the rest is

13   from other natural flavor.

14   Q.  Is what you read this suggesting?

15   A.  That, um, tons of vanilla from other sources it

16   can be natural but from other sources, not from vanilla.

17   There's very little vanilla in it.

18   Q.  So you would agree that it's quite possible that

19   there is vanilla from or derived from a vanilla bean in

20   this flavor but with vanillin from other sources added

21   to it?

22   A.  Yes.

23   Q.  And you don't know what the ratio of the real or

24   the vanilla from vanilla beans to vanillin to other

25   sources is, do you?

LASHAWN SHARPE -against- A & W CONCENTRATE and KEURIG DR PEPPER INC.
HAVKIN-FRENKEL, PH.D., DAPHNA on 11/15/2019

Page 29

1     A.  No.  In order for me to do that, I need the

2     flavor because this is the too diluted.  It is hard to

3     do.  If I want to know really vanilla has 600 chemical

4     in it.  Those are the people associate.  I look at the

5     rest too.

6     Q.  Okay.

7     A.  But there would be certain amounts sometimes

8     doesn't mean we can see them.

9     Q.  So let's stick with --

10    A.  One more thing.  I don't see the reason.

11    Q.  Yes, please.

12    A.  Why when you make a flavor that is also natural

13    and artificial, why bothering putting expensive vanilla

14    extract in it.  But that's an opinion, you know, why

15    would you do that?

16    Q.  Well, you tell me.  Would there be a benefit to

17    putting natural vanilla in?

18    A.  No.  No.  Because the amount of is so small it's

19    not going to effect.  You could just put vanillin in it

20    and vanilla from a natural is or vanilla from a

21    synthetic source today's the same.  There's no

22    different.

23    Q.  Okay.  How about vanilla from a vanilla bean as

24    opposed to vanilla WONF or synthetic vanilla?

25    A.  Huge difference.  Huge.

*Varhley Vittor & Associates, LLC*
*732-246-4334*

LASHAWN SHARPE -against- A & W CONCENTRATE and KEURIG DR PEPPER INC.
HAVKIN-FRENKEL, PH.D., DAPHNA on 11/15/2019

Page 32

1   language includes language that you suggested?

2       A.  Yeah, I think so but I can't tell you if I read

3   it.  Again, I tell you which one.  Most of it I wrote

4   the report.  And he just put it together.  I wrote the

5   original report.

6       Q.  Okay.

7       A.  And then he put it together.  So if want -- if he

8   has the original one, you can ask Spencer because I, um,

9   don't know the moment where it is.  I probably can find

10  it but somewhere in my computer.

11      Q.  Alright.  When were you asked to write a report?

12      A.  A date you ask me?

13      Q.  Yes.

14      A.  When we finish all the evaluation and then.

15      Q.  Which evaluation?  The Allied evaluation?

16      A.  Both of them, yeah.  They were the last one.

17          MR. REESE:  It's Alliance I believe, right?

18      Q.  Alliance.

19          MR. REESE:  Alliance.

20      A.  And can't believe companies still call them

21  Alliance.  It is so many of them.

22          MR. REESE:  You said Allied.

23      Q.  I meant to say Alliance.  So if we look at the

24  Alliance report which is Exhibit 1 to your report.  The

25  date of that Alliance Technologies report is August 27,

LASHAWN SHARPE -against- A & W CONCENTRATE and KEURIG DR PEPPER INC.
HAVKIN-FRENKEL, PH.D., DAPHNA on 11/15/2019

Page 33

1    2019; do you see that?

2        A.  **Okay.**

3        Q.  Alright.  So you were asked to prepare a report

4    after that date?

5        A.  **Yes.**

6        Q.  Okay.  Do you know how Alliance Technologies was

7    selected?

8        A.  **Um, no.**

9        Q.  Had you ever heard of Alliance Technologies

10   before?

11       A.  **Yeah.**

12       Q.  Had you ever worked with Alliance Technologies

13   before?

14       A.  **No.**

15       Q.  Do you know what expertise, if any, Alliance

16   Technologies has in the food arena?

17       A.  **Yeah.  Um, what they recommended, somehow they**

18   **recommend them to other people in university recommend**

19   **them.**

20       Q.  Did you recommend Alliance to Spencer Sheehan?

21       A.  **Not directly.  After he found them, I said they**

22   **are okay.**

23       Q.  Okay.

24       A.  **It is not that complicated to run that.**

25       Q.  To run the gas chromatography mass spectrometry

LASHAWN SHARPE -against- A & W CONCENTRATE and KEURIG DR PEPPER INC.
HAVKIN-FRENKEL, PH.D., DAPHNA on 11/15/2019

Page 34

1    test?

2       A.  Yes.  They are certified of FDA.  They know what

3    they are doing.  They do a lot of central load there.

4    They have been around for a while.

5       Q.  Is there any art to performing such a test or you

6    just plug the material in and let the machine go?

7       A.  Well, you have to analyze it after the machine

8    go.  You have to know if everything is -- if everything

9    align correctly.  It's not like a technician.  It's a

10   fancy technician.

11      Q.  Okay.  And when you're talking about analyzing it

12   afterward, is that what you're doing or what they are

13   doing?

14      A.  What they are doing.

15      Q.  Okay.

16      A.  I analyze the data.  I don't analyze the machine.

17      Q.  Alright.  Alright.  So we'll get back to that.

18   So this report that was the report is dated

19   September 12, 2009; do you see that?

20              MR. REESE:  It's eight.

21              He means your report.

22      A.  Oh.

23      Q.  We got a lot of reports here.  I will try to be

24   clear.  So the date of your report is September 12,

25   2019, correct?

*Varhley Vittor & Associates, LLC*
*732-246-4334*

LASHAWN SHARPE -against- A & W CONCENTRATE and KEURIG DR PEPPER INC.
HAVKIN-FRENKEL, PH.D., DAPHNA on 11/15/2019

Page 48

1     A.  No.  Maybe I got confused between another soda

2  but that's just -- let go.

3     Q.  Alright.

4     A.  But --

5     Q.  And that is what you said would be misleading if

6  there was a Forest Alliance certification?

7     A.  That would be misleading.

8     Q.  You agree because if you have tons of vanilla

9  they are certified by --

10     A.  I don't see everything here but you don't have

11  the box, am I right?  You don't have the box here, no.

12  Here is the aged vanilla.  Okay.  So there is vanilla

13  here that should be -- this is also misleading.

14     Q.  And you're pointing to the aged vanilla?

15     A.  Yeah.

16     Q.  And why is that misleading?

17     A.  Aged vanilla is very, very, very elusive idea

18  because and vanilla can be -- and vanilla would be like

19  someone I saw recently put our vanilla beans coming from

20  hand pollination.  There is no other way.  Hand

21  pollination is unique.  It is not -- that is how vanilla

22  pollenated by hand so aged vanilla is the vanilla in the

23  process of curing.  All vanilla go to the process of

24  curing.  And aged vanilla you kept it three months

25  because you wanted to have an inventory.  What is aged

LASHAWN SHARPE -against- A & W CONCENTRATE and KEURIG DR PEPPER INC.
HAVKIN-FRENKEL, PH.D., DAPHNA on 11/15/2019

Page 49

1  vanilla?  For me I don't know what is the aged vanilla.

2     Q.  But it could be vanilla that has gone through the

3  process of curing?

4     A.  All -- you can't use vanilla that was not cured.

5  It's green bean, you can't use them.  All vanilla beans

6  that you are familiar with goes through the process of

7  curing.  There is no such thing otherwise.  So that

8  would be like overdone.  Not the end of the world, but

9  it's overdone to tell your consumer that you -- and

10 vanilla, but most people are in -- not thinking of the

11 curing because they don't know about the curing.  Age

12 always remind them of wine.  Aged wine is more

13 expensive.  It is more smooth.  Aged vanilla is but you

14 see A&W consider to be an old fashioned, old fashioned

15 drink.  Like root beer, the real root beer is very old

16 fashioned too.  So that may be why they put it there.

17            MR. REESE:  I have a call at two.  It is

18 about eight minutes.  I want to give you a heads up.

19            MR. MAGID:  That would be absolutely fine.

20    Q.  And vanilla can mean different things to

21 different people?

22    A.  Yes.  There's no define but it's also can confuse

23 the people.

24    Q.  And so --

25    A.  I can't read everything in here.  I can't read

LASHAWN SHARPE -against- A & W CONCENTRATE and KEURIG DR PEPPER INC.
HAVKIN-FRENKEL, PH.D., DAPHNA on 11/15/2019

Page 60

1     A.  But I already know that there's ethyl vanillin.

2     Q.  I understand.

3     A.  If I say maybe mean I meant maybe.

4     Q.  Okay.

5     A.  But the chemistry said it's ethyl vanilla there.

6     Q.  Right.  Now, the fact that there may be ethyl

7  vanillin in it, doesn't than mean there is also vanillin

8  from other sources, correct?

9     A.  Absolutely.

10     Q.  So you could have both ethyl vanillin and

11  vanillin from vanilla beans?

12     A.  Absolutely.  I don't think there is a vanillin

13  from vanilla beans.  I don't think it's from vanilla

14  beans.

15     Q.  Because it's expensive?

16     A.  It is not the product chemists use.  Yes, it's

17  expensive.  It is hard to get.  Why would they put it

18  there?  It is my opinion.  That doesn't mean that they

19  didn't, okay.

20     Q.  Alright.  And then you talk a little bit about

21  cream soda here.  And in the cream soda you say?

22     A.  Where are you?

23     Q.  Paragraph 41 now.

24     A.  Okay.

25     Q.  So on page five.  You say that in contrast to the

LASHAWN SHARPE -against- A & W CONCENTRATE and KEURIG DR PEPPER INC.
HAVKIN-FRENKEL, PH.D., DAPHNA on 11/15/2019

Page 61

1  root beer the peak report TIC and chromatogram for the

2  cream soda products reveal the presence of vanillin,

3  correct?

4    **A.  Right.  That is on this graph that you have**

5  **before.**

6    Q.  And, here is no way to tell whether that vanillin

7  is from a vanilla bean or from some other source; is

8  that right?

9    **A.  There is no way for the equipment, that equipment**

10  **vanillin is -- vanillin, you know why?  Because this**

11  **break in the molecule doesn't tell you anything about**

12  **it.  It just the way you break it.  It doesn't matter**

13  **what's coming.**

14    Q.  You would have to do the more sophisticated

15  analysis to answer that question?

16    **A.  And even so and even so you may not have an**

17  **answer.  Yes.  You mean you have to isolate it all the**

18  **vanilla unless you give us the flavor.**

19    Q.  Okay.  And then you mentioned at paragraphs 43

20  and 44.

21    **A.  Hold on.**

22    Q.  That in addition to vanillin there's ethyl

23  vanillin, correct?

24    **A.  Right, yes.**

25    Q.  But the presence of ethyl vanillin doesn't mean

*Varhley Vittor & Associates, LLC*
*732-246-4334*

LASHAWN SHARPE -against- A & W CONCENTRATE and KEURIG DR PEPPER INC.
HAVKIN-FRENKEL, PH.D., DAPHNA on 11/15/2019

Page 62

1    that there cannot be vanilla bean extractives?

2    **A.  Correct.  So if you have vanillin from vanilla.**

3    **I mean, from vanilla extract and you have vanillin from**

4    **Eugenol or synthetic, on the chromatic it is one thing.**

5    Q.  So you can't tell the difference?

6    **A.  No one could tell the difference.  The equipment**

7    **could not tell.  They all come together because it is**

8    **same chemical.**

9         MR. REESE:  If I could just, if you could

10   wouldn't mind spelling that for the court reporter.

11   **A.  It is Eugenol.  E-U-G-E-N-O-L.**

12   Q.  Alright.  Alright.  So I think you've answered

13   most of my questions.  Until we get -- so we're actually

14   making better progress than you think.  Until we get to

15   page seven or your report.

16   **A.  Okay.**

17   Q.  Alright.  And so you describe here the process of

18   aging vanilla beans, right?

19   **A.  Yes.**

20   Q.  At paragraph 52 and then 53 and 54 and 55.

21   **A.  Yeah.  This is the like what people used to think**

22   **it's not like what they are doing now.  They -- this is**

23   **from people think that they used to put vanilla extract**

24   **in barrel and while it's there it was aged and I know**

25   **that none of it's not done today but I just mention it**

LASHAWN SHARPE -against- A & W CONCENTRATE and KEURIG DR PEPPER INC.
HAVKIN-FRENKEL, PH.D., DAPHNA on 11/15/2019

Page 67

1      Q.  So if you turn to the chromatogram on page six

2   for example.  There is a peak for vanillin, correct?

3      **A.  Yes.**

4      Q.  And we don't know whether that peak is from

5   vanillin derived from vanilla bean or otherwise, do we?

6      **A.  We don't.  Vanillin is vanillin.  You could put**

7   **in the flavor.  Many different vanillin.  They are all**

8   **going to be in this peak.**

9      Q.  Okay.  So then let's go to the next exhibit which

10   is Dana Krueger's exhibit?

11      **A.  Okay.**

12      Q.  Alright.  And you will see that he refers to

13   doing HPLC analysis; do you see that?

14      **A.  Standard.  Okay.**

15      Q.  Okay.  That's a standard analysis for vanillin?

16      **A.  Yes.**

17      Q.  Is there any reason to do HPLC versus gas

18   chromatography mass spectrometry?

19      **A.  Yes.**

20      Q.  And what's that reason?

21      **A.  This is a standard.  She already knows.  She has**

22   **vanilla.  She knows what she has.  She just want QC.**

23   **What Jonathan did identify them she can't identify them.**

24   **Vanillin really identify it.  She needs the mass spec**

25   **for that.**

Page 68

1    Q.  And it's also actually Mr. Krueger despite the

2  Dana name when Mr. Krueger goes this HPLC.  You say that

3  he already knows that it's vanilla?

4    **A.  Vanillin.**

5    Q.  Vanillin?

6    **A.  He thinks he knows.  So if you want to get the**

7  **chemistry here, you separate the chemical based on**

8  **molecular weights, based on how they dissolved and then**

9  **you see a peak.  But this peak can be other things too.**

10  **So it's not totally accurate but for the QC or everyday**

11  **vanilla, that is what we use but if you want really to**

12  **know what is in this peak and it's only one people and**

13  **not other chemical that are very similar they have, you**

14  **have to do what Jonathan does.  I wouldn't go to use**

15  **Jonathan for every day vanilla.  It's expensive.  It's**

16  **unnecessary.**

17    Q.  Alright.  And you also mention this expensive

18  test that would enable someone to determine whether

19  vanillin was derived from vanilla bean; what do you call

20  that test?

21    **A.  That's beta analytics will do.  It's isotopic**

22  **ratio of C14, C12 to C13.**

23    Q.  And what is C12 and C13?

24    **A.  Okay.  So you have the carbon.  So most of the**

25  **carbon is 12 molecular weight.  But okay.  Let's start a**

LASHAWN SHARPE -against- A & W CONCENTRATE and KEURIG DR PEPPER INC.
HAVKIN-FRENKEL, PH.D., DAPHNA on 11/15/2019

Page 75

1    A.  But that's not the flavor in the root beer.  This

2  is just an ingredient.  We don't know how much he put in

3  the root beer.

4    Q.  Okay.

5    A.  But that's not fair that -- that he's telling us

6  what the rest of the flavor.  Why is he telling us only

7  about the vanilla in the root beer?  It's not only

8  vanilla in the root beer.  There is something else.

9    Q.  Okay.

10    A.  And guarantee, guarantee that these people didn't

11  get vanilla alone and the rest and they got one flavor.

12  They didn't get the vanilla by themselves and they then

13  make the mix.  They got the flavor, a finished flavor.

14  They get a flavor they call root beer that has that

15  vanilla in it.  That is what they got and that is what

16  they put in the root beer.  Companies don't make their

17  ow flavor and mix it.  Don't believe it.  That is my

18  opinion.

19    Q.  Okay.

20    A.  But he took the time to tell us here is the

21  vanilla that they put in.  The flavor when he didn't

22  tell us the rest.  That's very fishy.

23    Q.  Okay.  But you would agree in terms of the

24  results from the HPLC analysis that when he says in my

25  opinion the results obtained for this ingredient are

LASHAWN SHARPE -against- A & W CONCENTRATE and KEURIG DR PEPPER INC.
HAVKIN-FRENKEL, PH.D., DAPHNA on 11/15/2019

Page 76

1   typical for a pure vanilla extract of approximately 2X

2   concentration.  You have no reason to disagree with

3   that?

4      **A.  I don't disagree.  I have no reason to believe**

5   **that this is part of the flavor he just took a vanilla**

6   **extract and sent it to us.  Big deal.  I could get you a**

7   **million of them.  I don't know.  I want the flavor.  Not**

8   **half of it.**

9      Q.  Alright.  So --

10     **A.  That is useless for me.**

11     Q.  Okay.  To be clear, you're point is this

12  ingredient that he's testing may well very be vanilla

13  extract?

14     **A.  It is vanilla extract probably but I don't have**

15  **any proof that this is what is in the root beer or cream**

16  **soda.  He just give me a sample of vanilla extract 2X,**

17  **big deal.**

18     Q.  But you would agree that the sample that he

19  tested based on the results would be consistent with

20  pure vanilla extract of approximately 2X concentration?

21     **A.  I still thinks it is too much vanilla in it but**

22  **I'm going to let go of it.**

23     Q.  Okay.  And then he tests a vanilla flavor

24  ingredient that was represented to him as being an

25  ingredient in the cream soda; do you see that?  And

LASHAWN SHARPE -against- A & W CONCENTRATE and KEURIG DR PEPPER INC.
HAVKIN-FRENKEL, PH.D., DAPHNA on 11/15/2019

Page 77

1   again those results are at table two.  And Mr. Krueger

2   says in my opinion, the results obtained for this

3   ingredient are typical for a vanillin type of flavor

4   based on the concentrations of the substances indicative

5   of vanilla.  This is from a vanilla extract of

6   approximate 1X concentration that has been fortified

7   with added vanillin.  Do you have any reason to disagree

8   with that statement?

9       **A.  No.**

10      Q.  And then he concludes, in conclusion it is my

11  opinion, to a reasonable degree of scientific certainty,

12  that both A&W root beer and A&W cream soda contain

13  natural vanilla as an ingredient.  Do you disagree with

14  that?

15      **A.  He didn't say how much.**

16      Q.  Okay.

17      **A.  I think it may be vanilla there but very small**

18  **amount.**

19      Q.  Okay.

20      **A.  There's no proof that there is.  There is no**

21  **proof that there is not.**

22              MR. MAGID:  Those are the questions I have

23  for you.  Thank you.

24

25              (Deposition was concluded at 2:46 p.m.)