# EXHIBIT F



Mass Spectrometry Facility
Center for Advanced Food Technology
Rutgers, The State University of NJ
63 Dudley Road
New Brunswick, NJ 08901-8520

Thomas G. Hartman, Ph.D.
Laboratory Director
hartmantg@aol.com
Phone: 848-932-5543
Fax: 732-932-6776

April 17, 2019

Spencer Sheehan, Esq.
Sheehan & Associates, P.C.
505 Northern Blvd
Suite 311
Great Neck, NY 11021

spencer@spencersheehan.com

## CONFIDENTIAL

## Mass Spectrometry Laboratory Analysis Report #7406

## Flavor Analyses of A&W Cream Soda and Root Beer Samples

Dear Mr. Sheehan:

This is the report pertaining to the above-captioned samples that you submitted for flavor analysis.

**I    Sample Log**

The following samples were received for analysis:

1. A&W Cream Soda, 2L Plastic Bottle #1 (Production Code 02 052 9, 0828HJ02219)
2. A&W Cream Soda, 2L Plastic Bottle #2 (Production Code 02 052 9, 0826HJ02219)
3. A&W Root Beer, 2L Plastic Bottle (No Production Code)
4. A&W Root Beer, 12 FL OZ Cans (Production Code 03 071 9, 22:09NY03129)

1

## II   Analysis Request

The analysis request was to extract and analyze the flavors from the samples submitted by GC-MS.

## III   Analysis Methodology

Beverage samples (40 ml) were transferred to 50 ml size borosilicate glass test tubes sealed with Teflon-lined, screw cap closures. Samples were matrix-spiked with 400 µg of naphthalene-$d_8$ internal standard (10 ppm w/v) then extracted with 5.0 ml of dichloromethane (DCM). The tubes were centrifuged 30 minutes at 2500 rpm to promote complete phase separation. The DCM extracts were isolated and concentrated under a gentle stream of nitrogen to a final volume of approximately 1.0 ml. Samples were then directly analyzed by GC-MS. The root beer samples were further concentrated under nitrogen to approximately 0.2 ml and additional GC-MS analyses were performed. Samples were analyzed in duplicate.

### GC-MS Analysis Methodology

Analyses of extracts prepared as described above were conducted on a Varian 3400 GC directly interfaced to a Finnigan TSQ-7000 triple stage quadrapole tandem mass spectrometer equipped with an Xcaliber data system. The GC was equipped with a 60 meter x 0.32 mm i.d. Guardian-ZB-5MS capillary column with a 1.0 µm film thickness (Phenomonex). The mass spectrometer was operated in electron ionization mode (70 eV) scanning masses 35-350 once each second. Exact details of the GC-MS conditions are provided on the attached data forms.

### Materials

Naphthelene-$d_8$ used as internal standard for the study was purchased from Sigma-Aldrich Chemical Co, St. Louis MO. Methylene chloride was purchased from Thermo Fisher Scientific.

## IV  Results

The GC-MS analysis data for the beverage flavors are summarized in Tables 1-4. The GC-MS chromatograms corresponding to these Tables are presented in Figures 1-4. From left to right, each Table lists the MS scan number (from centroid of peak), peak area integration, peak identification and then concentration data expressed in parts per million (ppm w/v). The data is semi-quantitative and based on peak area ratio to the matrix-spiked internal standard assuming a detector response factor of 1.0. No vanillin was detected in the root beer samples in the original analyses when extract was concentrated to approximately 1.0 ml. It was further concentrated and re-analyzed several times (See Figures 5-9) until the benzoic acid and methyl salicylate peaks were overloaded and still no vanillin was observed.

If you have any questions or if I can be of further assistance to you then please don't hesitate to contact me.

Respectfully Submitted,

Thomas G. Hartman, Ph.D.
Mass Spectrometry Lab Director
& Research Professor

3

## Attachments

- Tables 1-4, Analysis Results Summary

- Figures 1-9, GC-MS Chromatograms

- GC-MS Analysis Data Forms

## Table 1

**Sheehan & Associates, P.C., LLN7406**
**A&W Cream Soda, 2L Plastic Bottle #1 (Production Code 02 052 9, 0828HJ02219)**
**DCM Extract of 40ml with w/v 10ppm Int. Std.**

Data File = TSQA3202

| MS Scan # | Area Integration | Peak Assignment | Conc. PPM w/w |
|---:|---:|---|---:|
| 251 | 299904 | fufural | 0.12 |
| 356 | 96344 | 2-acetylfuran | 0.04 |
| 424 | 44591 | 5-methylfurural | 0.02 |
| 434 | 152248 | benzaldehyde | 0.06 |
| 528 | 170338 | benzyl alcohol | 0.07 |
| 580 | 56421 | methyl furoate | 0.02 |
| 695 | 150213898 | benzoic acid | 59.94 |
| 705 | 25059018 | naphthalene-d8 (internal standard) | 10.00 |
| 727 | 229987 | hydroxymethylfurfural (HMF) | 0.09 |
| 799 | 21889 | p-methoxybenzyl alcohol | 0.01 |
| 849 | 293242 | piperonal | 0.12 |
| 898 | 858330 | vanillin | 0.34 |
| 948 | 17693244 | ethyl vanillin | 7.06 |
| 1001 | 6902 | 2-ethoxy-4-(2-propenyl)phenol | 0.00 |
| 1042 | 845855 | ethyl o-hydroxyhydrocinnamate | 0.34 |
| 1083 | 9643219 | triethyl citrate | 3.85 |
| | | **Total (excluding internal standard)** | **72.08** |

## Table 2

**Sheehan & Associates, P.C., LLN7406**
**A&W Cream Soda, 2L Plastic Bottle #2 (Production Code 02 052 9, 0826HJ02219)**
**DCM Extract of 40ml with w/v 10ppm Int. Std.**

Data File = TSQA3203

| MS Scan # | Area Integration | Peak Assignment | Conc. PPM w/w |
|---|---|---|---|
| 251 | 309252 | fufural | 0.12 |
| 357 | 120744 | 2-acetylfuran | 0.05 |
| 424 | 49010 | 5-methylfurural | 0.02 |
| 434 | 160026 | benzaldehyde | 0.06 |
| 528 | 178068 | benzyl alcohol | 0.07 |
| 581 | 43379 | methyl furoate | 0.02 |
| 695 | 150808412 | benzoic acid | 59.37 |
| 706 | 25400194 | naphthalene-d8 (internal standard) | 10.00 |
| 727 | 215329 | hydroxymethylfurfural (HMF) | 0.08 |
| 800 | 23971 | p-methoxybenzyl alcohol | 0.01 |
| 850 | 280658 | piperonal | 0.11 |
| 898 | 750606 | vanillin | 0.30 |
| 948 | 16755892 | ethyl vanillin | 6.60 |
| 1002 | 60917 | 2-ethoxy-4-(2-propenyl)phenol | 0.02 |
| 1042 | 518641 | ethyl o-hydroxyhydrocinnamate | 0.20 |
| 1083 | 6908393 | triethyl citrate | 2.72 |
| | | **Total** | **69.76** |

## Table 3

### Sheehan & Associates, P.C., LLN7406
### A&W Root Beer, 2L Plastic Bottle (No Production Code)
### DCM Extract of 40ml with w/v 10ppm Int. Std.

Data File = TSQA3221

| MS Scan # | Area Integration | Peak Assignment | Conc. PPM w/w |
|---|---|---|---|
| 248 | 3848695 | fufural | 0.74 |
| 264 | 419345 | ethyl-2-methylbutyrate | 0.08 |
| 299 | 162926 | 3-methyl-1-butanol acetate | 0.03 |
| 319 | 71635 | cyclopent-2-en-1,4-dione | 0.01 |
| 354 | 3323086 | 2-acetylfuran | 0.64 |
| 370 | 107513 | ? 114 mw | 0.02 |
| 388 | 189530 | 5-methyl-2(5H)-furanone | 0.04 |
| 421 | 3141887 | 5-methylfurural | 0.60 |
| 453 | 64905 | ethyl hexanoate | 0.01 |
| 502 | 50830 | cyclotene | 0.01 |
| 509 | 26904 | 2-acetyl-5-methylfuran | 0.01 |
| 528 | 149432 | ethyl-4-oxopentanoate (ethyl levulinate) | 0.03 |
| 562 | 129052 | 6-methyl-2-pyrazinylmethanol | 0.02 |
| 575 | 330030 | methyl furoate | 0.06 |
| 680 | 94060815 | benzoic acid | 18.11 |
| 704 | 355392032 | methyl salicylate | 68.42 |
| 709 | 51941495 | naphthalene-d8 (internal standard) | 10.00 |
| 724 | 8895996 | hydroxymethylfurfural (HMF) | 1.71 |
| 753 | 150938 | anethole isomer | 0.03 |
| 765 | 668043 | p-methoxybenzaldehyde (anisaldehyde) | 0.13 |
| 774 | 15778 | ethyl salicylate | 0.00 |
| 787 | 3816602 | anethole | 0.73 |
| 793 | 404671 | 5-acetoxymethyl-2-furaldehyde | 0.08 |
| 823 | 19227 | methyl, 2-methoxybenzoate | 0.00 |
| 879 | 108451 | 2-propanone, 1-(4-methoxyphenyl) | 0.02 |
| 908 | 68048 | ? | 0.01 |
| 947 | 9836929 | ethyl vanillin | 1.89 |
| 1074 | 427472 | triethyl citrate impurity | 0.08 |
| 1084 | 10221300 | triethyl citrate | 1.97 |
| | | **Total (excluding internal standard)** | **95.51** |

## Table 4

### Sheehan & Associates, P.C., LLN7406
### A&W Root Beer, 12 FL OZ Can (Production Code 03 071 9, 22:09NY03129)
### DCM Extract of 40ml with w/v 10ppm Int. Std.

Data File = TSQA3222

| MS Scan # | Area Integration | Peak Assignment | Conc. PPM w/w |
|---|---|---|---|
| 248 | 1974111 | fufural | 0.37 |
| 264 | 83187 | ethyl-2-methylbutyrate | 0.02 |
| 300 | 42863 | 3-methyl-1-butanol acetate | 0.01 |
| 319 | 27116 | cyclopent-2-en-1,4-dione | 0.01 |
| 354 | 1679423 | 2-acetylfuran | 0.31 |
| 370 | 114145 | ? 114 mw | 0.02 |
| 388 | 193283 | 5-methyl-2(5H)-furanone | 0.04 |
| 420 | 1665181 | 5-methylfurural | 0.31 |
| 453 | 584766 | ethyl hexanoate | 0.11 |
| 503 | 91043 | cyclotene | 0.02 |
| 509 | 40655 | 2-acetyl-5-methylfuran | 0.01 |
| 528 | 304513 | ethyl-4-oxopentanoate (ethyl levulinate) | 0.06 |
| 563 | 260261 | 6-methyl-2-pyrazinylmethanol | 0.05 |
| 575 | 656624 | methyl furoate | 0.12 |
| 687 | 97374556 | benzoic acid | 18.12 |
| 704 | 368967908 | methyl salicylate | 68.66 |
| 709 | 53735657 | naphthalene-d8 (internal standard) | 10.00 |
| 724 | 10974492 | hydroxymethylfurfural (HMF) | 2.04 |
| 753 | 152629 | anethole isomer | 0.03 |
| 765 | 840211 | p-methoxybenzaldehyde (anisaldehyde) | 0.16 |
| 774 | 16142 | ethyl salicylate | 0.00 |
| 787 | 4462465 | anethole | 0.83 |
| 793 | 506845 | 5-acetoxymethyl-2-furaldehyde | 0.09 |
| 823 | 30039 | methyl, 2-methoxybenzoate | 0.01 |
| 880 | 147626 | 2-propanone, 1-(4-methoxyphenyl) | 0.03 |
| 910 | 92144 | ? | 0.02 |
| 949 | 14343145 | ethyl vanillin | 2.67 |
| 1075 | 599181 | triethyl citrate impurity | 0.11 |
| 1084 | 14855916 | triethyl citrate | 2.76 |
| | | **Total (excluding internal standard)** | **96.97** |

C:\Xcalibur\data\TSQA3202  
4/12/2019 11:19:05 AM  
#1



TSQA3202  
Type: Unknown ID: 1 Row: 1  
Sample Name:           A&W Cream Soda DCM Extract with w/v 10ppm Int. Std. by GC-MS  
Study:  
Client:                Sheehan & Associates, P.C., LLN7406  
Laboratory:            Mass Spectrometry - Dr. Tom Hartman  
Company:  
Phone:  
Instrument Method:     C:\Xcalibur\methods\voc35solventdelay6min.meth  
Processing Method:  
Vial:                  1  
Injection Volume (µl): 10.00  
Sample Weight:         0.00  
Sample Volume (µl):    0.00  
ISTD Amount:           0.00  
Dil Factor:            1.00

2L PLASTIC BOTTLE PRODUCTION CODE 02 052 9  
0828HJ02219

C:\Xcalibur\data\TSQA3203
4/12/2019 11:56:49 AM
#2



RT: 0.00 - 35.02

NL: 5.70E8
TIC MS TSQA3203

```
TSQA3203
Type: Unknown ID: 1 Row: 1
Sample Name:            A&W Cream Soda DCM Extract with w/v 10ppm Int. Std. by
                        GC-MS
Study:
Client:                 Sheehan & Associates, P.C., LLN7406
Laboratory:             Mass Spectrometry - Dr. Tom Hartman
Company:
Phone:
Instrument Method:      C:\Xcalibur\methods\voc35solventdelay6min.meth
Processing Method:
Vial:                   1
Injection Volume (µl):  10.00
Sample Weight:          0.00
Sample Volume (µl):     0.00
ISTD Amount:            0.00
Dil Factor:             1.00
```

2 L PLASTIC BOTTLE     02 052 9
                       0828HJ02219
                       6



```
TSQA3221
Type: Unknown ID: 1 Row: 1
Sample Name:            A&W Root Beer DCM Extract with w/v 10ppm Int. Std. by
                        GC-MS
Study:
Client:                 Sheehan & Associates, P.C., LLN7406
Laboratory:             Mass Spectrometry - Dr. Tom Hartman
Company:
Phone:
Instrument Method:      C:\Xcalibur\methods\voc35solventdelay6min.meth
Processing Method:
Vial:                   1
Injection Volume (µl):  10.00
Sample Weight:          0.00
Sample Volume (µl):     0.00
ISTD Amount:            0.00
Dil Factor:             1.00
```

2L PLASTIC BOTTLE    NO PRODUCTION CODE

C:\Xcalibur\data\TSQA3222  #4   4/16/2019 2:38:34 PM



TSQA3222
Type: Unknown ID: 1 Row: 1
Sample Name:           A&W Root Beer DCM Extract with w/v 10ppm Int. Std. by
                       GC-MS
Study:
Client:                Sheehan & Associates, P.C., LLN7406
Laboratory:            Mass Spectrometry - Dr. Tom Hartman
Company:
Phone:
Instrument Method:     C:\Xcalibur\methods\voc35solventdelay6min.meth
Processing Method:
Vial:                  1
Injection Volume (µl): 10.00
Sample Weight:         0.00
Sample Volume (µl):    0.00
ISTD Amount:           0.00
Dil Factor:            1.00

12 FL oz CAN  03 07 19
22: 09NY03129



RT: 0.00 - 45.02

NL: 4.26E8
TIC MS TSQA3199

TSQA3199
Type: Unknown ID: 1 Row: 1
Sample Name:          A&W Root Beer DCM Extract with w/v 10ppm Int. Std. by GC-MS
Study:
Client:               Sheehan & Associates, P.C., LLN7406
Laboratory:           Mass Spectrometry - Dr. Tom Hartman
Company:
Phone:
Instrument Method:    C:\Xcalibur\methods\voc45solventdelay6min.meth
Processing Method:
Vial:                 1
Injection Volume (µl): 10.00
Sample Weight:        0.00
Sample Volume (µl):   0.00
ISTD Amount:          0.00
Dil Factor:           1.00

C:\Xcalibur\data\TSQA3200     4/12/2019 10:03:25 AM

\# 6



```
TSQA3200
Type: Unknown ID: 1 Row: 1
Sample Name:              A&W Root Beer DCM Extract with w/v 10ppm Int. Std. by
                          GC-MS
Study:
Client:                   Sheehan & Associates, P.C., LLN7406
Laboratory:               Mass Spectrometry - Dr. Tom Hartman
Company:
Phone:
Instrument Method:        C:\Xcalibur\methods\voc35solventdelay6min.meth
Processing Method:
Vial:                     1
Injection Volume (µl):    10.00
Sample Weight:            0.00
Sample Volume (µl):       0.00
ISTD Amount:              0.00
Dil Factor:               1.00
```

C:\Xcalibur\data\TSQA3201    Case 1:19-cv-00768-BMC   Document 28-14   Filed 12/23/19   Page 16 of 19 PageID #: 179
4/12/2019 10:41:03 AM

\# 7



```
TSQA3201
Type: Unknown ID: 1 Row: 1
Sample Name:            A&W Root Beer DCM Extract with w/v 10ppm Int. Std. by
                        GC-MS
Study:
Client:                 Sheehan & Associates, P.C., LLN7406
Laboratory:             Mass Spectrometry - Dr. Tom Hartman
Company:
Phone:
Instrument Method:      C:\Xcalibur\methods\voc35solventdelay6min.meth
Processing Method:
Vial:                   1
Injection Volume (µl):  10.00
Sample Weight:          0.00
Sample Volume (µl):     0.00
ISTD Amount:            0.00
Dil Factor:             1.00
```



TSQA3208
Type: Unknown ID: 1 Row: 1
Sample Name:            A&W Root Beer DCM Extract with w/v 10ppm Int. Std. by GC-MS
Study:
Client:                 Sheehan & Associates, P.C., LLN7406
Laboratory:             Mass Spectrometry - Dr. Tom Hartman
Company:
Phone:
Instrument Method:      C:\Xcalibur\methods\voc35solventdelay6min.meth
Processing Method:
Vial:                   1
Injection Volume (µl):  10.00
Sample Weight:          0.00
Sample Volume (µl):     0.00
ISTD Amount:            0.00
Dil Factor:             1.00



```
TSQA3209
Type: Unknown  ID: 1  Row: 1
Sample Name:           A&W Root Beer DCM Extract with w/v 10ppm Int. Std. by
                       GC-MS
Study:
Client:                Sheehan & Associates, P.C., LLN7406
Laboratory:            Mass Spectrometry - Dr. Tom Hartman
Company:
Phone:
Instrument Method:     C:\Xcalibur\methods\voc35solventdelay6min.meth
Processing Method:
Vial:                  1
Injection Volume (µl): 10.00
Sample Weight:         0.00
Sample Volume (µl):    0.00
ISTD Amount:           0.00
Dil Factor:            1.00
```

## TSQ-7000 MASS SPECTROMETRY ANALYSIS DATA FORM
### MASS SPECTROMETRY LABORATORY

DATA FILE(S): TSQA3202-03, 3221-22   PROJECT #: 7406   DATE: 4/12/19 - 4/16/19
PROJECT SPONSOR: Sheehan + Assoc. P.C.   ANALYST: JBS
SAMPLE DESCRIPTION: A+W Sodas — Cream Soda and Root Beer

### GC CONDITIONS:

INSTRUMENT: Varian 3400   COLUMN: ZB5-MS   SERIAL #: —
LENGTH: 60m   DIAMETER: 0.32mm   FILM THICKNESS: 1.0μm
TYPE OF INJECTION:  ☐ SPLIT   ☒ SPLITLESS   ☐ ON-COLUMN
                    ☐ HEADSPACE   ☐ THERMAL DESORPTION
INJ. LINER: ☐ CYCLOID  ☐ 2mm Direct  ☒ 4mm Direct  ☐ _____ (Other)
INJECTION VOLUME: 1.0μl   INJECTOR TEMPERATURE: 250°C
SEPTUM PURGE:  ☒ YES  ☐ NO   SPLIT RATIO: 100:1 after 0.5min
CARRIER GAS: He   CARRIER FLOW (ml/min.): —   or PSI HEAD PRESS.: 20 psi
TEMP. PROGRAM: 50°C (3min) → 260°C @ 10°C/min
GC-MS INTERFACE LINE TEMPERATURE: 260°C   GC MAINTENANCE:
☒ SEPTUM CHANGE   ☐ CLEAN & SILANIZE INJ. LINER   ☒ Column Bakeout

### MASS SPECTROMETER CONDITIONS:

INSTRUMENT: Finnigan MAT TSQ7000   DATA SYSTEM: Xcaliber
IONIZATION MODE: ☒ EI (70 eV)  ☐ CI  ☒ +ION  ☐ -ION  ☐ CID (MS-MS)
IF CI THEN INDICATE REAGENT GAS ☐ METHANE  ☐ ISOBUTANE  ☐ AMMONIA
ION SOURCE TEMP.: 185°C   FILAMENT EMISSION CURRENT: 400μA
TYPE OF ANALYSIS: ☒ GC-MS  ☐ DCI  ☐ EI/CI DIRECT PROBE  ☐ BATCH INLET
☐ SIM MODE: ION(s) MONITORED: —
☐ MS-MS MODE: CID PRESSURE mT: —   COLLISION ENERGY V: —
☐ SRM MODE: DAUGHTER ION(S) MONITORED: —
DCI OR DIRECT PROBE TEMPERATURE RAMP: —
MASS RANGE: 35-350   SCAN RATE (seconds/decade): 1.0 sec
TUNE FILE: EI-Tune   METHOD FILE: VOC35solventdelay6min.meth
COMMENTS: 40mL beverage extracted with 5mL methylene chloride, spiked w/v 10ppm with benzene-d6, toluene-d8, naphthalene-d8 internal standards