## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LASHAWN SHARPE, *individually and on behalf of all others similarly situated*,<br><br>        Plaintiff,<br><br>  - against -<br><br>A & W CONCENTRATE COMPANY *and* KEURIG DR PEPPER INC.,<br><br>        Defendants. | No. 1:19-cv-00768-BMC<br><br>**DECLARATION OF MICHAEL R. REESE IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

Pursuant to 28 U.S.C. § 1746, I, Michael R. Reese, declare as follows:

1. I am the founding partner at Reese LLP, which, along with Sheehan & Associates, P.C., is counsel for plaintiff Lashawn Sharpe and the proposed class in the above-captioned action. I am a member in good standing of the state bars of New York and California, as well as the bars of numerous federal courts, including, but not limited to, the U.S. District Courts for the Southern, Eastern, Western and Northern Districts of New York; the Northern, Central, Eastern, and Southern Districts of California; the Eastern District of Wisconsin; the District of Colorado; the District of New Mexico; and, the Southern and Northern Districts of Illinois. I am also a member of the federal bars of the U.S. Courts of Appeals for the Second, Seventh, Eighth, and Ninth Circuits. I also am an adjunct professor at Brooklyn Law School where I teach on class action and other aggregate litigation and on food law.

2. Attached hereto as Exhibit A is a true and correct copy of the expert report of Daphna Havkin-Frenkel.

3. The Alliance Technologies Analysis of AW&W Root Beer and Cream Sodas for Vanilla Flavors by GCMS is attached as Exhibit 1 to Dr. Havkin-Frenkel's Expert Report.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 23, 2019 at New York, New York.

*/s/ Michael R. Reese*
Michael R. Reese

1