**<u>EXHIBIT A</u>**

United States District Court
Eastern District of New York

1:19-cv-00768-BMC

Lashawn Sharpe, individually and on behalf
of all others similarly situated

Plaintiff

- against -

A & W Concentrate Company and Keurig
Dr Pepper Inc.

Defendant

Expert Report of
Dr. Daphna Havkin-Frenkel

## I. **INTRODUCTION AND PURPOSE**

1.      I have been engaged as an expert by Plaintiff's counsel in this case.

2.      I provide this report in connection with the case filed by Plaintiff against Defendants A& W Concentrate Company and Keurig Doctor Pepper ("Defendants").

3.      I have been advised by counsel for Plaintiffs that individuals purchased Defendants' A&W Root Beer and A&W Cream Soda beverages ("Products") believing the vanilla flavoring came from real vanilla and was aged vanilla.

4.      I have been further advised that Plaintiffs allege these claims are false, misleading, and/or deceptive to a reasonable consumer because the vanilla flavoring of the products is, in part, not from real vanilla.

5.      Counsel for Plaintiffs asked me to provide an expert opinion on: (1) the source of the vanilla flavor of the Products, (2) the presence of flavor compounds obtained from real vanilla beans in the Products and (3) whether the claim "Made With Aged Vanilla" ("Challenged Claim") is truthful or not:[1]

---

[1] See complaint (ECF No. 1) (hereafter "the Complaint"), paragraph 14.

1

6.    It is my opinion that the source of the vanilla flavor in the Products is not from vanilla.

7.    It is my opinion that the presence of vanilla obtained from vanilla beans in the Products is not present and if it is present, it is at miniscule levels.

8.     It is my opinion the claim "Made With Aged Vanilla" is untrue.

9.    My opinions are based on my experience and training as well as the case-specific materials I have reviewed, summarized in Exhibit 3 and cited throughout this Report.

10.    Plaintiff's Counsel are compensating me for my time at my standard hourly rate of $250.00, plus direct costs.

11.    My compensation is not dependent on the opinions I express or on the outcome of the case.

## II.  **QUALIFICATIONS**[2]

12.    I am the General Manager of Bakto Flavors LLC.

13.    Bakto Flavors is a company specializing in the production and marketing of vanilla products and other natural flavors and extracts, to consumers and businesses.

14.    I am also a visiting research scientist in the Department of Plant Biology, Rutgers, the State University of New Jersey ("Rutgers").

15.    The research program at Rutgers focuses on analyzing the biosynthetic pathway of vanillin in vanilla beans and microorganisms, in addition to examination of the curing process, post-harvest handling and green house cultivation of vanilla beans.

16.    I have authored numerous articles on vanilla in peer reviewed scientific journals and

---

[2] See Exhibit 1 for my curriculum vitae, published works, and speeches and Exhibit 2 for my testimony experience.

the trade press (i.e., Perfumer & Flavorist).

17.    I am the editor, with F.C. Belanger, of the Handbook of Vanilla Science and Technology (2017) and Biotechnology in Flavor Production (2016), published by Wiley-Blackwell and Blackwell Publishing, respectively.

18.    While my formal academic training is in the sciences, I have experience in the flavor industry in various capacities, as a flavor chemist.

19.    This industry experience in addition to my academic training have provided me the knowledge of what particular compounds are used in the flavor industry to create or simulate flavors typically associated with various food and beverage products.

20.    Plaintiff's Counsel stated they had filed the present action and requested my opinion with respect to the truthfulness of the Claims.

21.    I am aware that Plaintiff's Counsel commissioned a GC-MS analysis of the Products by Alliance Technology Group ("Alliance Tech"), in Monmouth Junction, New Jersey.

22.    On August 27, 2019, Alliance Tech provided Plaintiff's Counsel and me their report, "Analysis of A&W Root Beer and Cream Soda for Vanilla Flavors by GCMS / R20190173" ("Alliance Tech Report").

**III. Application of Gas Chromatography–Mass Spectrometry ("GC-MS") to Samples**

23.    GC-MS is an analytical method that combines the features of gas-chromatography and mass spectrometry to identify different substances within a test sample.

24.    The gas chromatograph separates components in a mixture into individual molecules, using a capillary column with certain length, thickness and defined properties of a stationary phase.

25.    The mixture components are injected into and travel through the column being eluted at different times ("retention time"), shown on the x-axis.

3

26.     The y-axis measures the amount or "intensity" of the specific compounds in the sample.

27.     The elution of the compounds is plotted against their peaks in a chromatogram, a graph used to display scientific results obtained through gas chromatography.

28.     As the molecules are eluted, they are captured by the mass spectrometer.

29.     The molecules are broken down into ionized fragments and their mass-to-charge ("M/Z") ratio is calculated.

30.     The M/Z ratio is similar to a fingerprint of the molecules, which is compared against the M/Z ratios for all other known compounds to obtain a match.

31.     Each compound is identified by a peak, and the relative area covered by a peak is proportional to its amount in the sample.

32.     The Alliance Tech Report presents chromatograms for the Root Beer and Cream Soda Products.

33.     The compounds detected are identified in the "Name" column, with their relative proportions shown in the "Area%" column.

## IV. GC-MS FAILS TO REVEAL MARKERS FOR NATURAL VANILLA

34.     The four (4) major chemicals found in vanilla beans which are common markers for real vanilla are identified in the table below, in the proportions indicated.

| Chemicals | Percent Present in Vanilla Beans |
|---|---|
| vanillin | 1.3-1.7 % |
| p-hydroxybenzaldehde | 0.1% |
| vanillic acid | 0.05% |
| p-hydroxybenzoic acid | 0.03% |

35.     While vanillin is the chemical most associated with natural vanilla, most of this

4

compound used in food and beverage products is not obtained from vanilla beans.

36.    Artificial processes transform natural source material such as clove oil and ferulic acid into most vanillin used today.

37.    Based on my experience in the flavor industry, I am aware that vanillin from non-vanilla bean natural sources is frequently used to simulate the taste and flavor of vanillin which is obtained from vanilla beans.

38.    Due to the similar chemical profiles of vanillin from vanilla beans compared to vanillin derived from non-vanilla bean, natural sources, the presence or absence of the three (3) other chemicals is relevant to my conclusions.

## V.  **SUMMARY OF CONCLUSIONS**

A.  None of the Four Vanilla Markers are Detected in the Root Beer Products

39.    The Peak Report TIC and chromatogram for the Root Beer Products fails to indicate the presence of any of the four (4) chemicals which are common markers for vanilla. *See* Alliance Tech Report, pp. 4-5.

40.    To the extent the Root Beer Products may taste similar to the flavor imparted by vanilla beans, this is likely due to the presence and relative amount of ethyl vanillin, covering an area of 0.71%. *See* Alliance Tech Report, p. 5, Row 15, Column 4.

B.  The Cream Soda Products Reveal Vanillin, Though the Absence of Three Other Markers Raises Questions as to the Vanillin Source Material

41.    In contrast to the Root Beer, the Peak Report TIC and chromatogram for the Cream Soda Products reveal the presence of vanillin. See Alliance Tech Report, p. 6.

42.    However, the data show no detection of the other three markers for real vanilla – p-

5

hydroxybenzaldehyde, p-hydroxybenzoic acid and vanillic acid.

43.     I next sought to consider whether the vanillin detected is likely to be from natural vanilla.

44.     The proportion of ethyl vanillin in the Cream Soda Products is more than ten (10) times the vanillin content, based on the relative area covered by their respective peaks – 4.61% to 0.29%. *See* Alliance Tech Report, p. 6, Rows 7-8, Column 4.

45.     In light of the relative amounts of vanillin and ethyl vanillin, I reviewed the Krueger Report and Exhibits. *See* Document 2, Report of Dana Krueger, August 1, 2019; Document 3, Exhibit 1 to Report of Dana Krueger, Givaudan, Product Information Material Disclosure, May 20, 2019; and Document 4, Exhibit 2 to Report of Dana Krueger, Firmenich Flavours, Product Description PD PD C28104-1.1EN, 2-Fold Vanilla Extract and Ingredient Breakdown, April 30, 2009.

46.     The Krueger Report is partially based on the vanilla flavor ingredient provided to Mr. Krueger for analysis.

47.     Though I have not been provided the vanilla flavor ingredient for analysis, Mr. Krueger indicated this was the "Vanilla Flavor WONF" identified in the Product Information Material Disclosure. See Krueger Report, p. 4 and Exhibit 1 to Krueger Report.

48.     Mr. Kruger noted that the vanilla flavor ingredient "has been fortified with added vanillin." See Krueger Report, p. 5.

49.     When vanillin is added to "spike" or fortify a vanilla flavor, the vanillin used is not obtained from vanilla beans, but from non-vanilla bean source material identified above.

50.     This may explain why the Peak Report for the Cream Soda Products reveals the presence of vanillin yet fails to detect any amount of p-hydroxybenzaldehyde, p-hydroxybenzoic

acid or vanillic acid.

    C.   The "Aged Vanilla" Claim Conflicts with the Analysis and the Kramer Report

    51.   The only reference to the "Aged Vanilla" Claim, other than in the Complaint, is in

the Report of Steven Kramer, August 1, 2019 ("Kramer Report"), which states:

> A&W Root Beer and A&W Cream Soda contain aged vanilla, which is
> another way of saying natural vanilla, which is used as a flavoring in the
> form of vanilla extract. The vanilla flavor of vanilla beans is optimized by
> aging the green beans directly after they are picked.
>
> Kramer Report, p. 2.

    52.   However, this "aging" of green vanilla beans (over 3 to 6 months) refers to the

standard "curing" process, a series of steps during which complex chemical reactions occur within

the pods to release their flavor.

    53.   The first step, "killing," entails the submersion of the beans in scalding water to stop

their vegetative growth and stimulate enzymatic reactions responsible for the vanilla aroma.

    54.   In the intermediate steps, the vanilla beans spend nights in "sweat boxes" and days

spread in the sun.

    55.   The final conditioning step consists of storage of the vanilla beans in closed boxes to

develop their flavor.

    56.   What is known as "aged vanilla" or "aging" of vanilla, as known in the trade, refers

not to the standard curing steps, but to the process whereby after the vanilla flavor has been

extracted from vanilla beans to form the liquid known as vanilla extract, it is aged for a finite

period of time – often no less than three (3) months – in wooden barrels or casks.

    57.   During this aging period, the alcohol interacts with the wooden particulates,

enhancing the flavor of the vanilla.

58.   The aging process smooths out the complex vanilla flavors and increases the intensity of the flavors, resulting in a more expensive, higher quality and more valuable product.

59.   It is my opinion that the Alliance Tech Report does not indicate the presence of vanilla, such that they cannot contain "Aged Vanilla."

60.   Even if the Products contained markers for natural vanilla, they would still not contain "Aged Vanilla."

61.   This is because (i) the definition for this term supplied by the Kramer Report does not distinguish "Aged Vanilla" from standard vanilla made through the typical processes and (ii) "Aged Vanilla" often has a specific meaning and connotation relating to the vanilla extract's storage in barrels or casks.

VI. **RESERVATION OF RIGHTS**

62.   I understand that discovery in this case is ongoing.

63.   I may amend or supplement my opinions to take into account facts developed in the discovery process.

Dated:   September 17 , 2019

Respectfully submitted,

Daphna Havkin-Frenkel, Ph.D.

8

# **Exhibit 1**

# Analysis of A&W Root Beer and Cream Soda for Vanilla Flavors by GCMS / R20190173

*Prepared for:*
**Spencer & Associates, P.C.**
Great Neck, NY

*August 27, 2019*



www.alliancetechgroup.com

info@alliancetechgroup.com

732.355.1234 (ph)



www.alliancetechgroup.com
9 Deer Park Drive ~ Suite B
Monmouth Jct., NJ 08852
info@alliancetechgroup.com

# Client & Sample Information

|  |  |
|---|---|
| Client: | Sheehan & Associates, P.C. |
|  | 505 Northern Blvd. Suite 311 |
|  | Great Neck, NY 11021 |
| Requestor: | Spencer Sheehan |
| Study: | Analysis of A&W Root Beer and Cream Soda for Vanilla Flavors by GCMS |
| LIMS #: | 20190173 |

Two (2) soda samples were purchased from Giant Food Stores on August 11, 2019 and analysed by Gas Chromatography-Mass Spectrometry (GC-MS) to assay for vanilla flavors (Vanillin and Ethyl Vanillin).   The samples were designated as follows in the laboratory information management system (LIMS, Table I) and stored at room temperature in their original containers until being prepared for analysis.

**Table I: Sample Designations**

| LIMS # | Client ID | |
|---|---|---|
| 20190173-01 | A&W Root Beer 7.5 FL OZ Can | |
| 20190173-02 | A&W Cream Soda 2 Liter Bottle | |

CONFIDENTIAL - R20190173 VANILLIN ASSAY IN ROOT BEER CREAM SODA GCMS.DOCX- THE ANALYTICAL DATA IN THIS REPORT ARE TO BE USED FOR EXPLORATORY AND DEVELOPMENT STUDIES ONLY AND ARE NOT INTENDED FOR PRODUCT RELEASE



www.alliancetechgroup.com
9 Deer Park Drive ~ Suite B
Monmouth Jct., NJ 08852
info@alliancetechgroup.com

# Summary

The chromatograms and peak tables for Samples 20190173-01 (A&W Root Beer) and 20190173-02 (A&W Cream Soda) are shown in Figures 1 and 2, respectively. Chemical matches for each peak were tabulated from mass-spectral library searches. Ethyl vanillin was detected in Sample 20190173-01 (A&W Root Beer). Vanillin and Ethyl Vanillin were detected in Sample 20190173-02 (A&W Cream Soda).

# Experimental

A 40 mL aliquot of each soda sample was placed in a 50 mL centrifuge tube.  The samples were spiked with 400µg of naphthalene-d8, which was used as an internal standard (IS) for the analysis. A total of 5 mL of Dichloromethane (DCM) was added to the samples. Each sample was centrifuged for 30 minutes at 2500-3000 rpm. The dichloromethane layer was isolated and transferred to a conical flask.  The DCM extracts were then concentrated using a stream of dry nitrogen gas.  Sample 20190173-01 was concentrated down to 0.2 mL and Sample 20190173-02 was concentrated down to 1 mL.  The extracts were then placed in autosampler vials for analysis by GCMS.

The samples were analyzed on a Shimadzu QP2010SE GC equipped with a Supelco Equity-5 column (30m x 0.25mm x 1.0um).  The oven program heated the samples from 50°C to 260°C at a ramp rate of 10°C/min.  Helium was used as the carrier gas at a constant pressure of 20 psi. The MS detector was scanned from 35 to 350 m/z during analysis.

CONFIDENTIAL - R20190173 VANILLIN ASSAY IN ROOT BEER CREAM SODA GCMS.DOCX- THE ANALYTICAL DATA IN THIS REPORT ARE TO BE USED FOR EXPLORATORY AND DEVELOPMENT STUDIES ONLY AND ARE NOT INTENDED FOR PRODUCT RELEASE



www.alliancetechgroup.com
9 Deer Park Drive ~ Suite B
Monmouth Jct., NJ 08852
info@alliancetechgroup.com

**Figure 1: Chromatogram and Peak Table for Sample 20190173-01 (A&W Root Beer 7.5 FL OZ Can)**

Alliance Technologies, LLC
9 Deer Park Dr. Suite B
Monmouth Jct., NJ  08852
www.alliancetechgroup.com

Sample Information

| Analyzed by | : Admin |
|---|---|
| Analyzed | : 8/22/2019 3:38:16 PM |
| Sample Name | : 20190173-01 |
| Sample ID | : Root Beer |
| Tray | : Tray2 |
| Vial # | : 3 |
| Inj. Volume | : 1 |
| Data File | : C:\GCMSsolution\Data\2019\20190173A_007.qgd |
| Method File | : C:\GCMSsolution\Data\Project1\Methods\Equity5_Vanillin_Assay.qgm |
| Tuning File | : C:\GCMSsolution\System\Tune1\Tuning Report 21Aug2019.qgt |

20190173-01 C:\GCMSsolution\Data\2019\20190173A_007.qgd

Peak Report TIC

| Peak# | R.Time | Area | Area% | Height | Height% | Base m/z | Name |
|---|---|---|---|---|---|---|---|
| 1 | 8.347 | 172206 | 0.19 | 95213 | 0.33 | 96.00 | Furfural |
| 2 | 8.546 | 245162 | 0.27 | 126050 | 0.44 | 43.05 | 2,4-Dimethyl-1-heptene |
| 3 | 15.064 | 46182658 | 50.86 | 5686044 | 19.82 | 105.00 | Benzoic Acid |
| 4 | 15.217 | 200568 | 0.22 | 82447 | 0.29 | 112.10 | 1,2,3,4-Tetrahydronaphthalene-d12 |
| 5 | 15.541 | 157493 | 0.17 | 82646 | 0.29 | 57.05 | Dodecane |
| 6 | 15.762 | 20026708 | 22.05 | 9888686 | 34.48 | 136.10 | Naphthalene-d8 |
| 7 | 15.810 | 17766481 | 19.56 | 9573681 | 33.38 | 120.00 | Methyl Salicylate |
| 8 | 16.022 | 2818866 | 3.10 | 1497074 | 5.22 | 97.00 | 2-Furancarboxaldehyde, 5-(hydroxymeth |
| 9 | 16.667 | 422503 | 0.47 | 213307 | 0.74 | 175.10 | Benzene, 1,3-bis(1,1-dimethylethyl)- |
| 10 | 17.225 | 769495 | 0.85 | 405526 | 1.41 | 148.05 | Benzene, 1-methoxy-4-(1-propenyl)- |
| 11 | 17.343 | 202010 | 0.22 | 90421 | 0.32 | 43.05 | Isotridecanol- |
| 12 | 17.476 | 249815 | 0.28 | 109942 | 0.38 | 43.05 | 1-Undecene, 7-methyl- |
| 13 | 17.612 | 177347 | 0.20 | 93524 | 0.33 | 43.05 | 1-Undecene, 7-methyl- (CAS) |
| 14 | 18.681 | 177336 | 0.20 | 93018 | 0.32 | 57.05 | Hexadecane |

C:\GCMSsolution\Data\2019\20190173A_007.qgd

1 / 19

CONFIDENTIAL - R20190173 VANILLIN ASSAY IN ROOT BEER CREAM SODA GCMS.DOCX- THE ANALYTICAL DATA IN THIS REPORT ARE TO BE USED FOR EXPLORATORY AND DEVELOPMENT STUDIES ONLY AND ARE NOT INTENDED FOR PRODUCT RELEASE



www.alliancetechgroup.com
9 Deer Park Drive ~ Suite B
Monmouth Jct., NJ 08852
info@alliancetechgroup.com

**Figure 1, Cont'd: Chromatogram and Peak Table for Sample 20190173-01 (A&W Root Beer 7.5 FL OZ Can)**

Alliance Technologies, LLC
9 Deer Park Dr. Suite B
Monmouth Jct., NJ  08852
www.alliancetechgroup.com

| Peak# | R.Time | Area | Area% | Height | Height% | Base m/z | Name |
|---|---|---|---|---|---|---|---|
| 15 | 19.845 | 640212 | 0.71 | 328810 | 1.15 | 137.00 | Ethyl Vanillin |
| 16 | 22.276 | 600626 | 0.66 | 316055 | 1.10 | 157.00 | Ethyl citrate |
| | | 90809486 | 100.00 | 28682444 | 100.00 | | |

C:\GCMSsolution\Data\2019\20190173A_007.qgd                                                                                     2 / 19

CONFIDENTIAL - R20190173 VANILLIN ASSAY IN ROOT BEER CREAM SODA GCMS.DOCX- THE ANALYTICAL DATA IN THIS REPORT ARE TO BE USED FOR EXPLORATORY AND DEVELOPMENT STUDIES ONLY AND ARE NOT INTENDED FOR PRODUCT RELEASE

www.alliancetechgroup.com
9 Deer Park Drive ~ Suite B
Monmouth Jct., NJ 08852
info@alliancetechgroup.com

**Figure 2: Chromatogram and Peak Table for Sample 20190173-02 (A&W Cream Soda 2 Liter Bottle )**



© Alliance Technologies, LLC – 2019 Reproduction of this report in its entirety is permitted.  No portions of this report may be reproduced, transmitted or removed without the written permission of Alliance Technologies.  All Rights Reserved.

CONFIDENTIAL - R20190173 VANILLIN ASSAY IN ROOT BEER CREAM SODA GCMS.DOCX- THE ANALYTICAL DATA IN THIS REPORT ARE TO BE USED FOR EXPLORATORY AND DEVELOPMENT STUDIES ONLY AND ARE NOT INTENDED FOR PRODUCT RELEASE

**Exhibit 1**

**CURRICULUM VITAE**

**PRESENT ACTIVITY**   Daphna Havkin-Frenkel is the General Manager of Bakto Flavors LLC (www.baktoflavors.com) and a visiting scientist in the Department of Plant Biology, Rutgers-the State  University of New Jersey. Bakto Flavors is a company specializing in the production and marketing of vanilla products and other natural flavors and extracts. The research program at Rutgers University aims to understand the curing process of vanilla beans, post-harvest handling of vanilla beans, green house cultivation of vanilla including control of bean quality. In addition, she is involved in research on understanding of the biosynthetic pathway of vanillin in vanilla beans and microorganisms. Daphna has a unique, in depth knowledge the FDA regulation of vanilla and vanillin and their application to food and beverages. She has organized professional symposia and courses on Vanilla and on Natural Preservatives at Rutgers University and around the world.

**Daphna is a vanilla specialist including vanilla production (field, green house and net houses). Curing, traditional and modern.  Sourcing and extraction. Flavor chemistry of vanilla and vanillin, she is currently involved in consultation on the subject world wild.**

**EDUCATION**
MBA        School of Management, Rutgers - The State University, Newark, NJ 2002
Ph. D.     Food Science, Rutgers - The State University, New Brunswick, NJ  1982
M.S.       Microbiology/ Plant Pathology, Hebrew University, Jerusalem, Israel 1975
B.S.       Plant Pathology/ Plant Physiology, Hebrew University, Jerusalem, Israel 1974

**PROFESSIONAL EXPERIENCE**
Biovan Group - 1989 to 2003, Director, Reporting to the President.
- Assembled and directed the Biovan Group (supervised up to 10 people at one       time)
- Developing natural flavors by bioconversion and biosynthesis from biological origins such as plants, plant tissue culture and microbial systems.
- biotechnological system for the production of natural vanillin.
- Development and improvement of extraction and recovery of flavors from raw materials such as vanilla beans, flowers, roots and other plant tissues
- Development of a new process for curing vanilla beans

Research Associate - Rutgers University 1985 to 1989
- Natural products production by biosynthesis and enzymatic transformations in tissue culture
- Non - aqueous enzymology for the release of useful compounds from phytopolymers
- Novel method for regeneration by organogenesis and ebryogenesis of Asparagus culture cells with novel plant extracts

Research Scientist - Elan Chemical Company, Newark, NJ  1984
- Biodegradation of lignin by *Phanerochaete chrysosporium* for the production of natural vanillin
- Extraction, isolation and identification of flavor compounds using TLC, HPLC, GC - MS

Research Associate - Volcani Center, Bet Dagan, Israel 1976 to 1977
- Responsible for a government sponsored program for development of methods for early detection of bacterial and fungal plant diseases by physiological examination, biochemical analyses, immunological and electron microscopic techniques.

### PUBLICATIONS (ONLY PEER REVIEW)

Hailian Yang, Jaime Barros-Rios, Galina Kourteva, Xiaolan Rao, Fang Chen, Hui Shen, Chenggang Liu, Andrzej Podstolski, Faith Belanger, Daphna Havkin-Frenkel, Richard A. Dixon (2017) A re-evaluation of the final step of vanillin biosynthesis in the orchid *Vanilla planifolia*. Phytochemistry

Xiaolan Rao, Nick Krom, Yuhong Tang, Daphna Havkin-Frenkel, Faith Belanger, Richard A. Dixon[1] and Fang Chen (2014) A deep transcriptomic analysis of pod development in the vanilla orchid (*Vanilla planifolia*). BMC Genomics

James F. White, Jr.1, Mónica S. Torres, Holly Johnson, Qiang Chen, Ivelisse Irizarry, Marshall Bergen, Mariusz Tadych, Chaim Frenkel, Daphna Frenkel, Faith Belanger (2014) Vanilla orchids possess an endosymbiotic system for sustainable acquisition of nitrogen involving the bacterium *Bacillus amyloliquefaciens.* In Preparation

Chen, F., Tobimatsu, Y., Havkin-Frenkel, D., Dixon, R.A., and Ralph, J. (2012) A polymer of caffeyl alcohol in plant seeds. Proceedings of the National Academies of Sciences 109: 1772-1777 **(THIS PAPER WAS FEATURED ON THE COVER OF THE JOURNAL AND ALSO IN THE EDITOR'S CHOICE SECTION OF SCIENCE 335:382)**

Havkin-Frenkel, D., Belanger, F., O'Neill, S., and Town, C. (2011) Vanilla enters the world of genomics. Perfumer & Flavorist 36:2-3.

Widiez, T., Hartman, T.G., Dudai, N., Yan, Q., Lawton, M., Havkin-Frenkel, D., and Belanger, F.C. (2011) Functional characterization of two new members of the caffeoyl CoA *O*-methyltransferase-like gene family from *Vanilla planifolia* reveals a new class of plastid-localized *O*-methyltransferases. Plant Molecular Biology 76:475-488
**(THIS PAPER WAS FEATURED ON THE COVER OF THE AUGUST ISSUE OF THE JOURNAL** Plant **Molecular Biology)**

Toth, S., Lee, K.J., Havkin-Frenkel, D., Belanger, F.C., and Hartman, T.G. (2011) Volatile compounds in Vanilla. In: Handbook of Vanilla Science and Technology. D. Havkin-Frenkel and F.C. Belanger (Eds), Wiley-Blackwell, Oxford, UK, pp. 183-219.

Havkin-Frenkel, D., Belanger, F.C., Booth, D.Y.J., Galasso, K.E., Tangel, F.P., and Gayosso, C.J.H. (2011) A comprehensive study of composition and evaluation of vanilla extracts in US retail stores.  In: Handbook of Vanilla Science and Technology. D. Havkin-Frenkel and F.C. Belanger (Eds), Wiley-Blackwell, Oxford, UK, pp. 220-234.

Belanger, F.C. and Havkin-Frenkel, D. (2011) Molecular analysis of a *Vanilla* hybrid cultivated in Costa Rica. In: Handbook of Vanilla Science and Technology. D. Havkin-Frenkel and F.C. Belanger (Eds), Wiley-Blackwell, Oxford, UK, pp. 256-265.

Havkin-Frenkel, D. and Belanger, F.C. (2008) Biotechnological production of vanillin. In: Biotechnology in flavor production. Havkin-Frenkel, D., and Belanger, F.C. (Eds), Blackwell Publishing Ltd, Oxford, UK, pp 83-103.

Havkin-Frenkel, D. and Belanger F.C. (2007) Application of metabolic engineering to vanillin biosynthetic pathways in *Vanilla planifolia* In: Applications of plant metabolic engineering. Verpoorte, R., Alfermann, A.W., and Johnson, T.S. (Eds) Springer Berlin Heidelberg New York, pp. 175-196.

Li, H.M., Rotter, D., Pak, F.E., Hartman, T.G., Havkin-Frenkel, D., Belanger, F.C. (2006) Evolution of novel *O*-methyltransferases from the *Vanilla planifolia* caffeic acid *O*-methyltransferase, Plant Molecular Biology 61:537-552.

Havkin-Frenkel, D., French, J.C., Pak, F.E., Frenkel, C. (2005) Inside Vanilla, *Vanilla planifolia's* botany, curing options and future market prospects, Perfumer & Flavorist 30: 33-55.

Pak, F., Gropper, S., Havkin-Frenkel, D., Belanger, F.C. (2004) Cloning and characterization of a multifunctional methyltransferase from the orchid *Vanilla planifolia*. Plant Cell Rep 22:959-966.

Havkin-Frenkel, D., French, J.C., Graf, N.M., Pak, F.E., Joel, D.M., Frenkel, C. (2004) Interrelation of Curing and Botany in Vanilla (*Vanilla planifolia*) Bean. Acta Horticulturae 629:93-102.

Joel, D.M., French, J.C., Graf, N., Kourteva, G., Dixon, R.A., Havkin-Frenkel, D. (2003) A hairy tissue produces vanillin. Israel Journal of Plant Sciences 51:157–159.

Havkin-Frenkel, D., Kourteva, G. (2002) Biotechnological production of vanilla flavor. World Congress on Medicinal and Aromatics Plants. Budapest, Hungary.

Podstolski, A., Havkin-Frenkel, D., Malinowski, J., Blount, J.W., Kourteva, G., Dixon, R.A. (2002). 4-Hydroxy-benzaldehyde synthase from tissue cultures of the vanilla orchid *Vanilla planifolia*.  Phytochemistry 61:611-620.

Havkin-Frenkel, D., Podstolski, A., Witkowska, E., Molecke, P., Milolajczyk, M. (1999) Vanillin biosynthesis: An overview. In, Plant Cell and Tissue Culture for Food Ingredient Production. ACS

Proceedings, TJ Fu, G Singh, WR Curtis, eds, Kluwer Academic/ Plenum Publishing Comp, New York, Boston, Dordrenoht, London, Moscow, pp 35-43.

Havkin-Frenkel, D., Dorn, R., Leustek, T. (1997) Plant tissue culture for the production of secondary metabolites. Food Technology 51: 56-61.

Havkin-Frenkel, D., Dorn, R. (1997) Vanilla.  In: Spices: Flavor Chemistry and Antioxidant Properties.  S.J. Risch, C-T Ho, editors. ACS symposium series pp: 29-34.

Havkin-Frenkel, D., Podstolski, A., Knorr, D., (1996) Effect of light on secondary product formation by cultures of *Vanilla planifollia.* Plant Cell, Tissue and Organ Culture 45:133-136.

 Knorr, D., Caster, C., Dorneburg, H., Dorn, R., Graf, S., Havkin-Frenkel, D., Podstolski, A., Werrman, U. (1993) Biosynthesis and yield improvement of food ingredients from plant cell and tissue cultures.  Food Technology 47: 57-63.

Havkin-Frenkel, D., Rosen, J.D., Gallo, M.A. (1983) Enhancement of hydroxyl radical formation in rat liver microsomes by mirex, Toxicol. Lett., 15, 219-223.


**BOOKS EDITED**

Handbook of Vanilla Science and Technology (2017) Edited by D. Havkin-Frenkel and Faith C Belanger, Wiley-Blackwell, Oxford, UK, 2nd addition, In preparation.

Biotechnology in Flavor Production. (2016) Edited by D. Havkin-Frenkel and Nativ Dudai, Blackwell Publishing Ltd., Oxford, UK, 314 pages, 2nd edition.

Handbook of Vanilla Science and Technology (2011) Edited by D. Havkin-Frenkel and F.C. Belanger, Wiley-Blackwell, Oxford, UK, 339 pages


Biotechnology in Flavor Production. (2008) Edited by D. Havkin-Frenkel and F.C. Belanger, Blackwell Publishing Ltd., Oxford, UK, 214 pages

**PATENTS**

1.  Recovery of residual plant components after distillation of essential oils**, PCT NUMBER:**

    PCT/US2006/048260, 2008

2.  Frenkel, C., Chin, C.K., Havkin-Frenkel, D., Method for Stimulating Cell      Multiplication,

    differentiation, embryogenesis, and respiration in plant cell tissue culture by the addition of

    glycoprotein extension to culture medium. U.S. Patent No. 5, 409, 828 (1995)

3. Frenkel, C., Havkin-Frenkel, D., Kessler, B., Method of using an elicitor to increase production of metabolites in biological cells. US Ser. No. 08/ 334, 794. Application approved for issuance of patent (1996)

4. Havkin-Frenkel, D., Podstolski, A., Increasing vanillin yield in plant tissue culture. Patent No. 60/052606 (1997)

5. Havkin-Frenkel, D., Podstolski, A., Dixon, R.A. A vanillin biosynthetic pathway enzyme from *Vanilla planifolia*, PCT/US03/06397 or 20030070188 (2003)

## CONFERENCES  ORGANIZER

WHAT IS NATURAL **2016? DECEMBER 14-15, 2016** Crown Plaza Jamesburg, NJ USA

**Vanilla 2015** November 5th – 6th, 2011 Crown Plaza Jamesburg, NJ USA

**Vanilla 2013** November 5th – 6th, 2011 Crown Plaza Jamesburg, NJ USA

**Vanilla 2011** November 9th – 10th, 2011 Crown Plaza Jamesburg, NJ USA

**Vanilla 2009** Crown Plaza Jamesburg, NJ USA

**Vanilla 2008 The Prized Vanilla Flavor: Old Challenges, New Opportunities, Symposium** IFT Annual Meeting June 5, 2008 New Orleans, LA USA

**Vanilla 2007** November 6th-8th, 2007 Forsgate Country Club Jamesburg, NJ USA

**Natural Preservatives Workshop 2007** August 25-30, 2007 Antioxidant measurement workshop-Rutgers University Cook College, Department Plant Biology & Pathology New Brunswick, NJ USA

**Vanilla Science and Technology Workshop 2006** August 21st-25th, 2006 Cook College, Department Plant Biology & Pathology Rutgers University New Brunswick, NJ

**Natural Preservatives 2006** International Symposium on Natural Preservatives June 6th-8th, 2006 Amsterdam Marriott Hotel Amsterdam, The Netherlands

**Vanilla 2005** Third International Congress: Back to the Vanilla Origin November 14-17, 2005 Hotel Americana, Veracruz, Mexico

**Natural Preservatives 2005** Natural Preservatives in Food, Feed, and Cosmetics March 30th – 31th, 2005 Radisson Hotel Princeton NJ, USA

**Vanilla 2004 Europe** Second International Congress on the Future of the Vanilla Business September 29th-October 2nd, 2004 The Majestic Barriere Hotel Cannes, France

**Vanilla Science and Technology 2004 Workshop** August 20th-25th, Rutgers University Cook College, Department Plant Biology & Pathology New Brunswick, NJ, USA

**A Class trip to Veracruz, Mexico 2004** August 26th-30th, Visitation of growing area and curing facilities, Papantla, Veracruz, Mexico

**A working trip to Veracruz, Mexico 2004** April 19th-May 4th, Daphna Havkin-Frenkel and Chaim Frenkel Visit a Vanilla growing area and curing facilities Papantla, Veracruz, Mexico

**Vanilla 2003** First International Congress on the Future of the Vanilla Business November 11th-12th, 2003 Radisson Hotel Princeton, NJ USA

**Exhibit 2**

**Expert Witness History**

1.  In 2004 and 2005, I provided consulting services to parties engaged in a private insurance coverage dispute over the value of vanilla beans which were destroyed in transshipment.