# REESE LLP

**Via CM/ECF**  May 18, 2020
Honorable Brian M. Cogan
United States Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

      Re:    *Sharpe v. A&W Concentrate Co. et al.*
               Case No. 19-cv-00768-BMC

Dear Judge Cogan,

    My firm, along with co-counsel, represents the plaintiffs in the above referenced action. We make this submission to request a briefing schedule on Defendants' Supplemental Memorandum of Law in Opposition to Plaintiffs' Amended Complaint filed on May 11, 2020. (Dkt. 36).

    I have conferred with defense counsel – Chip Magid of Dorsey & Whitney LLP – and we have agreed to the following schedule, contingent upon the Court's approval:

    Plaintiffs' Opposition to Defendants' Supplemental Memorandum  - June 1, 2020

    Defendants' Reply to Plaintiffs' Opposition – June 15, 2020

We hereby respectfully request this schedule be entered by the Court.

                                        Respectfully submitted,

                                        Michael R. Reese

cc:    All counsel of record, via CM/ECF