UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Lashawn Sharpe, Jim Castoro, and Christine Cooney individually and on behalf of all others similarly situated<br><br>                              Plaintiffs<br>   -against-<br><br>A&W Concentrate Company and Keurig Dr Pepper Inc.,<br><br>                              Defendants. | Case No.:  1:19-cv-00768 (BMC)<br><br>**JOINT MOTION FOR DISMISSAL OF PLAINTIFF CHRISTINE COONEY** |

Plaintiffs Lashawn Sharpe and Jim Castoro, and Defendants A&W Concentrate Company and Keurig Dr Pepper Inc., pursuant to Rule 21 of the Federal Rules of Civil Procedure, hereby move the Court to dismiss Christine Cooney as a plaintiff in this matter, with prejudice.  Ms. Cooney has not made herself available to assist counsel for plaintiffs or to be deposed by defendants.

Dated: May 6, 2021

/s/ Creighton R. Magid
Creighton R. Magid (admitted *pro hac vice*)
DORSEY & WHITNEY LLP
1401 New York Avenue, N.W., Suite 900
Washington, D.C.  20005
Phone: (202) 442-3555
Fax: (202) 442-3199
magid.chip@dorsey.com

Elizabeth Rozon Baksh
DORSEY & WHITNEY LLP
51 West 52nd Street
New York, NY 10019
Telephone: (212) 415-9200
Facsimile:  (646) 607-8476
baksh.elizabeth@dorsey.com

Attorneys for Defendant


/s/ Michael Reese
Michael Reese
REESE LLP
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500
Facsimile:  (212) 253-4272
mreese@reesellp.com

Spencer Sheehan
SHEEHAN & ASSOCIATES, P.C.
60 Cuttermill Road, Suite 409
Great Neck, NY 11021
Telephone: (516) 268-7080
Facsimile: (516) 234-7800

spencer@spencersheehan.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2021, I caused copies of the foregoing **JOINT MOTION FOR DISMISSAL OF PLAINTIFF CHRISTINE COONEY** to be filed with the Clerk of Court using the CM/ECF system which will send notification of the filing to all counsel of record.

/s/ Creighton R. Magid
Creighton R. Magid

IT IS SO ORDERED this __ day of _____, 2021.

_____
HON. BRIAN M. COGAN
United States District Judge