# EXHIBIT D

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LaShawn Sharpe, et al., *individually on behalf of himself and all others similarly situated*,<br><br>                              Plaintiffs,<br><br>– against –<br><br>A&W Concentrate Company and Keurig Dr. Pepper Inc.,<br><br>                              Defendants. | No. 19-cv-00768-BMC<br><br>**CERTIFICATION OF MICHAEL R. REESE PURSUANT TO FEDERAL CIVIL PROCEDURE RULE 37** |

Pursuant to Federal Civil Procedure Rule 37, I, Michael R. Reese, hereby certify that I have conferred in good faith with counsel for Defendants – specifically Chip Magid – in order to obtain the discovery sought in Plaintiffs' Motion to Compel without court action.

Dated: May 7, 2021

Respectfully submitted,

**REESE LLP**

By: */s/ Michael R. Reese*
Michael R. Reese
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500
Facsimile: (212) 253-4272