# REESE LLP

Re: **Via CM/ECF**  August 5, 2021
Honorable Brian M. Cogan
United States Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

    Re:    *Sharpe v. A&W Concentrate Co. et al.*
              Case No. 19-cv-00768-BMC

Dear Judge Cogan:

    My firm represents plaintiffs and the class in the above-referenced action. We make this submission pursuant to I.E. of Your Honor's Individual Practices.

    Chip Magid, opposing counsel for defendants, has reviewed this letter and agrees to its content and the relief it seeks.

    On August 5, 2021, Defendant submitted three letters requesting a pre-motion conference. Later that day, your Honor ordered Plaintiffs to file a response up to nine pages by August 13, 2021 and set a conference on the motions for August 18, 2021.

    I have a pre-planned family vacation starting tomorrow (August 6th) through August 16th.

    Accordingly, I respectfully requests the following modification to the schedule as follows:

| **Event** | **Current Date** | **New Proposed Date** |
| --- | --- | --- |
| Plaintiffs' Responses to Defendants' Pre-Motion Letters | August 13, 2021 | August 20, 2021 |
| Pre-Motion Conference | August 18, 2021 | August 25, 2021 |

    This is the first request for adjustment of the above-referenced schedule.

                  Respectfully submitted,

                  Michael R. Reese

cc:    All counsel of record, via CM/ECF