**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LASHAWN SHARPE, JIM CASTORO and STEVE DAILEY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>A & W CONCENTRATE COMPANY and KEURIG DR PEPPER,<br><br>Defendants. | Case No.: 1:19-cv-00768-BMC |

**FEDERAL CIVIL PROCEDURE RULE 23(e)(3) STATEMENT AND AGREEMENT BETWEEN CLASS COUNSEL AND DEFENDANTS REGARDING CLASS COUNSEL'S FEES AND EXPENSES**

Class Counsel Reese LLP and Sheehan & Associates, P.C. ("Class Counsel") and defendants A&W Concentrate Company and Keurig Dr Pepper ("Defendants") hereby agree that Class Counsel will move for $3,225,000 for Class Counsel's fees and expenses and that Defendants will not oppose Class Counsel's motion for that amount.

**AGREED TO THIS 17th DAY of AUGUST, 2023 BY:**

**REESE LLP**

*/s/ Michael R. Reese*
Michael R. Reese

**SHEEHAN & ASSOCIATES, P.C.**

*/s/ Spencer Sheehan*
Spencer Sheehan

*Class Counsel*

**GIBSON, DUNN & CRUTCHER LLP**

*/s/ Russell H. Falconer*
Russell H. Falconer

*Counsel for Defendants and on behalf of Defendants*